*J. R. Williams, solicitor-general,* contra, cited: *Hammack* v. *State,* 52 *Ga.* 397; *Brooks* v. *State,* 51 *Ga.* 612; *Johnson* v. *State,* 89 *Ga.* 107; *Travis* v. *State,* 97 *Ga.* 359; *Smith* v. *State,* 125 *Ga.* 296; *Meeks* v. *State,* 102 *Ga.* 572; *Flannigan* v. *State,* 13 *Ga. App.* 663; *Dixon* v. *State,* 11 *Ga. App.* 367; *Brown* v. *State,* 6 *Ga. App.* 357; *Miller* v. *State,* 1 *Ga. App.* 134.

---

### 6446. WILLIAMS *v.* THE STATE.

BROYLES, J. No error of law appears, and the verdict was authorized by the evidence.                 *Judgment affirmed.*

DECIDED OCTOBER 15, 1915.

Indictment for larceny of hog; from Tift superior court—Judge Thomas. January 15, 1915.

*R. D. Smith, C. C. Hall,* for plaintiff in error.

*J. A. Wilkes, solicitor-general,* contra.